IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30021
Summary Calendar
_____


EDWARD TRESTER,

                                        Plaintiff-Appellant,

versus

MARITIME OVERSEAS CORPORATION ET AL.,

                                        Defendants,

OSG CAR CARRIERS, INC.,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CV-1095-LLM
- - - - - - - - - -
September 24, 1997
Before JOLLY, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:[*]

Edward Trester appeals the judgment against him and in favor of OSG Car Carriers, Inc. ("OSG") in his maritime personal injury lawsuit. Trester's suit arose out of an injury he received to his ankle after slipping on the gangway while employed by OSG as a steward's assistant aboard the M/V OVERSEAS JOYCE. Trester argues that the district court clearly erred in finding: 1) that

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the gangway was free of ice at the time of his accident; 2) that OSG was not negligent; 3) that his own negligence was the sole cause of his injury; and 4) that the vessel was seaworthy. We have reviewed the record, the briefs, and the district court's opinion and conclude that no clear error occurred. Accordingly, the district court's judgment is

AFFIRMED.